U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 FEB 29  P 3: 43
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FELDMAN, J.
February 29, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


00-402

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF MARTHA R. INGRAM, ET AL | * | CIVIL ACTION |
| | * | NO. 00-564 |
| | * | SECTION "F" |

It having come to the Court's attention that Civil Action No. 00-402 is related to the above case,

IT IS ORDERED that the above matters are consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the documents applies or the notation "ALL CASES" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies,

DATE OF ENTRY  MAR 1 2000

except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case to file such designation and copies of the documents.

