

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 11   P 4: 14

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARTHA R. INGRAM AND INGRAM BARGE COMPANY, AS OWNER AND OWNER *PRO HAC VICE*, RESPECTIVELY, OF A CERTAIN BOSTON WHALER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION 00-402<br><br>NO. 00-564<br><br>SECTION "F"<br><br>MAGISTRATE 1 |

### EX PARTE MOTION FOR ORDER NOTING DEFAULT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Martha R. Ingram, as owner of a certain Boston Whaler, and Ingram Barge Company, as owner pro hac vice of a certain Boston Whaler, having filed this action seeking exoneration from or limitation of liability; and the Court having entered an Order on February 25, 2000, directing that a Notice be issued to all persons and/or entities asserting claims for damages because of the matter set forth in the Complaint for Exoneration from or Limitation of Liability, directing them to file their claims and answers with the Clerk of this Court on or before March 29, 2000, and to serve a copy

APR 13 2000
DATE OF ENTRY _____



on counsel for plaintiffs; and the said Notice having been published as required by law, and a copy of the said Notice and Order having been mailed pursuant to Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims to every person and/or entity known to have made any claim against Martha R. Ingram and Ingram Barge Company; and Richard J. Pristas and Tyson Foods, Inc., having filed the claims and answers in this proceeding; and considering the attached affidavit of counsel for plaintiffs; and, further, considering that the time for submitting claims has expired, plaintiffs move that the default of all persons and/or entities claiming damages for any loss, damage, injury, or destruction occasioned by or resulting from or consequent upon the incident described in the Complaint occurring on or about February 18, 1997, or in any way arising out of or in connection with the collision of the Boston Whaler with the personal watercraft operated by Richard J. Pristas, who have not heretofore filed and served on counsel for Martha R. Ingram, owner of a certain Boston Whaler, and Ingram Barge Company, as owner pro hac vice of a certain Boston Whaler, both their claims and answers herein or secured an order for an extension of time to file and serve their claims and answers be noted, and that any such persons and/or entities in default be barred from filing and serving any claims and answers in this action.

Respectfully submitted,

_____
S. Gene Fendler, T.A. (#5510)
Don K. Haycraft (#14361)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

Attorneys for Martha R. Ingram and Ingram Barge Company

**Certificate of Service**

I HEREBY CERTIFY that a copy of the above and foregoing motion has been served upon Harvey Lewis, Esq. and Christopher Carey, Esq. by placing same in the United States mail, properly addressed and postage prepaid, this 11th day of April, 2000.

_____

270845_1

-3-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE | * | CIVIL ACTION |
| COMPLAINT OF MARTHA R. | | |
| INGRAM AND INGRAM BARGE | * | NO. 00-564 |
| COMPANY, AS OWNER AND | | |
| OWNER PRO HAC VICE, | * | SECTION "F" |
| RESPECTIVELY, OF A CERTAIN | | |
| BOSTON WHALER, PETITIONING | * | MAGISTRATE 1 |
| FOR EXONERATION FROM OR | | |
| LIMITATION OF LIABILITY | | |

## ORDER NOTING DEFAULT

Martha R. Ingram, as owner of a certain Boston Whaler, and Ingram Barge Company, as owner pro hac vice of a certain Boston Whaler, having filed this action seeking exoneration from or limitation of liability; and the Court having entered an Order on March 2, 2000, directing that a notice be issued to all persons and/or entities asserting claims for damages because of the matters set forth in the Complaint for Exoneration from or Limitation of Liability, directing them to file their claims and answers to the Clerk of this Court on or before March 29, 2000, and to serve a copy on counsel for plaintiffs; and the said Notice having been published as required by law, and a copy of the said Notice and Order having been mailed to every person and/or entity

known to have made any claim against Martha R. Ingram and Ingram Barge Company; and the time for submitting claims having expired;

NOW, ON MOTION of counsel for plaintiffs,

IT IS HEREBY ORDERED that the default of all persons and/or entities claiming damages for any loss, damage, injury, or destruction occasioned by or resulting from the incident described in the Complaint occurring on or about February 18, 1997, or in any way arising out of or in connection with the collision of the Boston Whaler with the personal watercraft operated by Richard J. Pristas, who have not heretofore filed or served on counsel for plaintiffs both their claims and answers herein or secured an order for an extension of time to file and serve their claims and answers, be and the same are hereby noted, and that the said persons and/or entities in default are hereby barred from filing and serving any claims and answers in this action.

New Orleans, Louisiana, this 13th day of April, 2000.

LORETTA G. WHYTE, CLERK OF COURT

BY: _____

Respectfully submitted,

_____
S. Gene Fendler, T.A. (#5510)
Don K. Haycraft (#14361)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979

-2-