FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 26  P 3: 15

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. PRISTAS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.**     00-0402 |
| | * | |
| | * | **SECTION    "F"    MAG (3)** |
| **TYSON FOODS, INC.,** | * | **Judge Martin L. C. Feldman** |
| **MARTHA R. INGRAM and** | * | **Mag. Judge Lance M. Africk** |
| **INGRAM BARGE COMPANY** | * | |
| ******************************************** | | **JURY TRIAL REQUESTED** |

## MOTION TO APPEAR AS CO-COUNSEL

ON MOTION OF HARVEY J. LEWIS, attorney for plaintiff herein, and who would show

unto this Honorable Court the following, to wit:

I.

That on the 8th day of February, 2000, mover did file Civil Action No. 00-0402, Section "F"

(3) entitled "Richard J. Pristas versus Tyson Foods, Inc., Martha R. Ingram and Ingram Barge

Company;" that mover desires that James J. Curry, Jr., a member in good standing of the State Bar

of New Jersey, be permitted to appear and participate as co-counsel in the above-captioned case.

II.

1

DATE OF ENTRY

AUG - 8 2000



Fee $5.00
Process
X Dktd
V CtRmDep
Doc.No. 15

That mover attaches hereto a certificate of the Supreme Court of New Jersey showing that the applicant attorney, James J. Curry, Jr., has been so admitted to said bar and that he is in good standing therein.

III.

That mover attaches hereto an affidavit of applicant attorney, James J. Curry, Jr., stating that no disciplinary proceedings or criminal charges have been instituted against him.

**WHEREFORE**, mover prays for an order permitting James J. Curry, Jr. to appear and participate as co-counsel in the above-captioned matter.

Respectfully Submitted:

**LEWIS, KULLMAN & STERBCOW**

BY: _____

**HARVEY J. LEWIS (#8840)**
Pan-American Life Center
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504)588-1500

*J. J. Curry, Jr.*
*611 Main St Box 1225*
*Toms River, NJ 08754*
*732-240-4200*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has this day been placed in the U. S. Mail, postage prepaid, addressed to all counsel of record.

New Orleans, Louisiana, this 26th day of July, 2000.

_____
**HARVEY J. LEWIS, T.A.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. PRISTAS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | *   NO. | 00-0402 |
| | * | |
| | * | **SECTION   "F"   MAG (3)** |
| **TYSON FOODS, INC.,** | * | **Judge Martin L. C. Feldman** |
| **MARTHA R. INGRAM and** | * | **Mag. Judge Lance M. Africk** |
| **INGRAM BARGE COMPANY** | * | |
| ****************************************** | | **JURY TRIAL REQUESTED** |

## O R D E R

Considering the above and foregoing:

IT IS ORDERED THAT, James J. Curry, Jr. be and he is hereby permitted to appear and

participate as co-counsel in the above captioned matter.

NEW ORLEANS, LOUISIANA this 31st day of July, 2000.

J U D G E