FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 4: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARTHA R. INGRAM AND INGRAM BARGE COMPANY, AS OWNER AND OWNER *PRO HAC VICE*, RESPECTIVELY, OF A CERTAIN BOSTON WHALER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * <br> <br> * <br> <br> * <br> <br> * | CIVIL ACTION <br> <br> NO. 00-564 <br> <br> SECTION "F" (JUDGE FELDMAN) <br> <br> MAGISTRATE 1 (MAG. JUDGE SHUSHAN) |

*00 - 402*

## PRELIMINARY PRE-TRIAL WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, come petitioners, Martha R. Ingram, as owner of a certain Boston Whaler, and Ingram Barge Company, as owner pro hac vice of a certain Boston Whaler, and submit the following list of witnesses and exhibits they may call or use at the trial of this matter, pursuant to the Court's Scheduling Order:

### WITNESS LIST

1) Mark James

2) Terry Robinson

3) Adrian Pacheco

4) James Garrity

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No._____

-1-

5)  Dickie Campbell

6)  David Hite

7)  Scott Mantz

8)  A representative of Boston Whaler Co.

9)  Richard Pristas

10)  Any physician or health care provider who has examined or treated plaintiff

11)  A representative of Ingram Barge Company

12)  A representative of Tyson Foods, Inc.

13)  John Deck (expert)

14)  Any witness needed to identify any exhibit

15)  David Kroll (expert)

16)  Any witness listed or called by any other party

## EXHIBITS

1)  Chart of Pinas Bay

2)  Photographs of the HORIZONS

3)  Photographs of the TYSON'S PRIDE

4)  Photographs of the jet ski

5)  Photographs of the PATSEA VI

6)  Photographs of the Boston Whaler

7)  Photographs of other small vessels

8)  Plaintiff's medical records

9)  Certificate of Documentation for the PATSEA VI

10)  Florida registration for the Boston Whaler

11)  Jet ski operator's manual

12) Exemplar stern light

13) Packing list for Boston Whaler

14) Drawings and/or parts specifications for Boston Whaler

15) Owner's manual for Boston Whaler

16) Statement of Richard Pristas

17) Coast Guard license of Richard Pristas

18) Coast Guard license of James Garrity

19) Coast Guard license of David Hite

20) Statement of James Garrity

21) Plaintiff's pay records

22) Statement of Mark James

23) Statement of Terry Robinson

24) Any exhibit attached to any deposition taken in this case

25) Any exhibit listed or sought to be introduced by any other party

Respectfully submitted,

S. Gene Fendler, T.A. (#5510)
Don K. Haycraft (#14361)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979

Attorneys for Martha R. Ingram and Ingram Barge
Company

## Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing motion has been served upon Harvey Lewis, Esq. and Christopher Carey, Esq. by placing same in the United States mail, properly addressed and postage prepaid, this 12th day of January, 2001.

317100_1.DOC