FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 4:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARTHA R. INGRAM AND INGRAM BARGE COMPANY, AS OWNER AND OWNER *PRO HAC VICE* RESPECTIVELY, OF A CERTAIN BOSTON WHALER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION NO. 00-0564   c/w 00-402 SECTION "F" MAG. DIV. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PRELIMINARY PRE-TRIAL WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel comes Tyson Foods, Inc. ("Tyson") and, pursuant to the Court's Scheduling Order, files the following preliminary pre-trial lists of witnesses which it may call and exhibits which it may offer at the trial of this matter.

### WITNESS LIST

1. Mark James;

2. Terry Robinson;

3. Adrian Pacheco;

4. James Garrity;

5. Dickie Campbell;

___Fee_____
___Process___
_X_ Dktd_____
___CtRmDep___
___Doc.No.___

6. David Hite;

7. Jay Wilson;

8. Richard Pristas;

9. Any physician or health care provider who has examined or treated plaintiff;

10. A representative of Tyson Foods, Inc.;

11. Any witness needed to identify any exhibit;

12. Any witness listed or called by any other party.

## EXHIBITS

1. Chart of Pinas Bay;

2. Photographs of the HORIZONS;

3. Photographs of the TYSON'S PRIDE;

4. Photographs of the jet ski plaintiff was riding at the time of the subject incident;

5. Photographs of the PATSY VI;

6. Photographs of the Boston Whaler involved in the subject incident;

7. Logs of the HORIZONS;

8. Plaintiff's medical records;

9. Certificate of Documentation for the TYSON'S PRIDE;

10. Certificate of Documentation for the HORIZONS;

11. Arkansas Game and Fish Commission Boat Registration Certificate No. 0729078;

12. U.S. Coast Guard Designation re: HORIZONS;

13. Accident Report concerning subject incident;

14. Statement of Richard Pristas dated March 12, 1997;

15. Mark James' licenses;

16. Plaintiff's pay records;

17. Statement of James Garrity dated February 22, 1997;

18. Any exhibit attached to any deposition taken in this case;

19. Any exhibit listed or sought to be introduced by any other party.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ

BY: _____
CHRISTOPHER E. CAREY (#1751) TA
A. GORDON GRANT, JR. (# 6221)
3200 Energy Centre, 1100 Poydras Street
New Orleans, La. 70163-3200
(504) 585-7909
Counsel for Tyson Foods, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the foregoing has been served upon all counsel of record by facsimile transmission or by hand delivery or by placing a copy of same in the United States Mail, postage prepaid, properly addressed on this 11th day of January, 2001.

_____
CHRISTOPHER E. CAREY #1751

9736\W&E.list