

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 17 PM 2: 44

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD J. PRISTAS** | **CIVIL ACTION** |
| **VERSUS** | **NO.**  00-0402  c/w 00-564 |
| | **SECTION    "F"    MAG (3)** |
| **TYSON FOODS, INC.,** | **Judge Martin L. C. Feldman** |
| **MARTHA R. INGRAM and** | **Mag. Judge Lance M. Africk** |
| **INGRAM BARGE COMPANY** | |
| | <u>**JURY TRIAL REQUESTED**</u> |

<u>WITNESS LIST</u>

NOW INTO COURT comes plaintiff, ***RICHARD J. PRISTAS***, through undersigned counsel, and submits the following list of witnesses who may be called to testify at the trial of this matter:

 1) Richard J. Pristas
   233 Riverside Drive
   Brick, New Jersey 08724

 2) James "Jim" Garrity
   757 Southwest Woodcreek Drive
   Palm City, Florida 33490

 3) Mark R. James
   3/24 Walton Street Southport
   4215 Queensland, Australia

 4) Terance "Terry" J. Robinson
   825 Center Street, 9-B
   Jupiter, Florida 33458

___ Fee _____
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc.No. ___

5)      Adrian Pacheco
        Eastelom No. 56
        Ensendu Baja
        California, Mexico

6)      Mark Gagliardi
        (Address requested)

7)      Scott Mantz
        c/o Ingram Barge Company

8)      David Hite
        4474 N.E. Skyline Drive
        Jensen Beach, Florida 34597

9)      Joseph "Dick" Campbell
        c/o Ingram Barge Company

10)     Jay Wilson
        c/o Pacific Claims, Inc.
        200 W. Merreer Street, Suite #E500
        Seattle, Washington 98119-3958

11)     Martha R.  Ingram
        One Belle Meade Place
        Nashville, Tennessee

12)     Don Tyson
        2210 W. Oaklawn Drive
        P.O. Box 2020
        Springdale, Arkansas

13)     Thomas Hanson, Director Risk Management
        Tyson Foods
        2210 W. Oaklawn Drive
        P.O. Box 2020
        Springdale, Arkansas 72765-2020

14)     Master Peter Mitchell
        16 Seagull Street, Slade Point
        Mackay Qld, Australia

15)     Michael Elias
        c/o Tyson Foods

16)    Brian Forry (Mate)
       c/o Mrs. Joyce Fooser
       RD # 7, Box 7076
       Spring Grove, PA 17362

17)    Luis S. Mon, M.D.
       Luis Bravo, M.D.
       Danilo Martinez, M.D.
       Rimsky Sucre, M.D.
       Clinica Einstein
       Panama

18)    Bartholomew Tortella, M.D.
       University Hospital
       150 Bergen Street
       Newark, New Jersey 07130

19)    Eric J. Rosenstock, M.D.
       Penny S. Turel, M.D.
       Shore Gastroenterology Associates, P.C.
       1907 Highway 35, Suite 5
       Oakhurst, New Jersey 07755

20)    Thomas L. Heleotis, M.D.
       Jersey Shore Cardiothoracic & Vascular Surgical Associates
       239 W. Sylvania Avenue
       Neptune City, New Jersey 07753

21)    Jonathan Bromberg, M.D.
       Mount Sinai Medical Center
       One Gustave L. Levy Place
       New York, New York 10029

22)    Jim Hartt, P.T.
       NovaCare, Inc.
       Outpatient Rehabilitation
       2001 N. E. 48th Street
       Fort Lauderdale, Florida 33308

23)    William Basri, M.D.
       Atlantic Coast Gastroenterology Associates
       459 Jack Martin Blvd., Suite 7
       Brick, New Jersey 08724

24) Laurie L. Glasser, M.D.
Joel M. Goldstein, M.D.
Orthopaedic Institute of Central Jersey
2164 Route 35, Building A
Sea Girt, New Jersey 08750

25) Marcia Shomo, M.D.
New Jersey Diagnostic Imaging & Therapy
455 Jack Martin Blvd.
Brick, New Jersey 08724

26) Ronald R. Borison
Commander, USCG (Retired)
Maritime & Environmental Consultants
P.O. Box 545
1913 Bayou Road
St. Bernard, Louisiana 70085

27) Ronnie Griggs
Griggs Marine Services
Marine Surveyor and Consultant
8866 SW Cherry Lane
Stuart, Florida 34997

28) Any other witness listed by any other party.

Plaintiff reserves his right to amend and/or supplement this witness list at a later

date.

Respectfully submitted:

LEWIS, KULLMAN & STERBCOW

BY:    _Harvey J. lewis_
HARVEY J. LEWIS (No. 8840)
Pan-American Life Center
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504)588-1500
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __15th__ day of **January 2001**, served a copy of the above and foregoing pleading on all parties to this proceeding by placing the same in the U.S. mail, properly address, with first-class postage prepaid.