

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD J. PRISTAS | CIVIL ACTION |
| VERSUS | NO.   00-0402 c/w 00-564 |
| | SECTION   "F"   MAG (3) |
| TYSON FOODS, INC., | Judge Martin L. C. Feldman |
| MARTHA R. INGRAM and | Mag. Judge Lance M. Africk |
| INGRAM BARGE COMPANY | |
| | **JURY TRIAL REQUESTED** |

### EXHIBIT LIST

NOW INTO COURT comes plaintiff, **RICHARD J. PRISTAS**, through undersigned counsel, and submits the following list of exhibits which may be used at the trial of this matter:

1) Accident report prepared by Mark R. James.

2) Preliminary Report dated February 28, 1997 by Pacific Claims, Inc. with attachments.

3) Vessel logs for the *M/V PATSEA VI* from February 14, 1997 through March 12, 1997.

4) Any drawings, specifications, pictures, photographs, blueprints and/or diagrams of the boston whaler, jet ski or vessels involved in this matter.

5) Map or diagram of Pinas Bay.

6) Any and all medical reports, records, chart notes, operative reports and/or diagnostic records regarding **RICHARD J. PRISTAS**.



7)   Certificate of Documentation *M/V PATSEA VI*.

8)   Certificate of Documentation *M/V HORIZONS*.

9)   *M/V TYSON'S PRIDE* and *M/V HORIZONS* Drug and Alcohol Policy effective April 24, 1997.

10)  Earning Records for **RICHARD J. PRISTAS**, including tax returns.

11)  Boston Whaler owner's manual.

12)  Blood Alcohol Concentration Calculator.

13)  All depositions/statements taken in this matter including exhibits.

14)  Copies of any and all medical bills including pharmacy bills.

15)  Defendants' answers to Interrogatories and/or Defendants' responses to Request for Production in this matter.

16)  Any and all exhibits submitted by any other party in this matter.

Plaintiff reserves his right to amend and/or supplement this witness list at a later date.

Respectfully submitted:

LEWIS, KULLMAN & STERBCOW

BY: *Harvey J. Lewis*
HARVEY J. LEWIS (No. 8840)
Pan-American Life Center
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504)588-1500
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this  15th  day of **January** 2001, served a copy of the above and foregoing pleading on all parties to this proceeding by placing the same in the U.S. mail, properly address, with first-class postage prepaid.

*Harvey J. Lewis*