```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                        2001 JAN 25  PM 4:46

                                         LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
FELDMAN, J.
JANUARY 25, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD J. PRISTAS                        CIVIL ACTION

VERSUS                                    NO: 00-402
                                          c/w 00-564

TYSON FOODS, INC., ET AL                  SECTION: "F"


ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

DATE OF ENTRY
JAN 2 6 2001

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, January 25, 2001.

*[signature]*
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

ALL COUNSEL