FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 28 PM 4: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD J. PRISTAS** | * | CIVIL ACTION NO. |
| Plaintiff | | 00-0402 |
| vs. | * | |
| | | SECTION "F" |
| **TYSON FOODS, INC., MARTHA R. INGRAM** | * | |
| **and INGRAM BARGE COMPANY** | | MAG. DIV. 3 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION
### TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel come the parties to the captioned matter and, upon showing that the parties have compromised and settled all claims in connection with the captioned matter; AND UPON FURTHER SHOWING THAT settlement funds have been delivered to plaintiff through his counsel; AND UPON FURTHER SHOWING THAT therefore, all parties wish to dismiss their respective claims in the captioned matter, including any and all counterclaims, cross-claims and/or third party claims of any kind whatsoever, with prejudice; AND UPON FURTHER SHOWING THAT the parties agree and move that the Bond under Rule F filed by Plaintiffs in Limitation Martha R. Ingram and Ingram Barge Company in Civil Action No. 00-564 "F"(1) and entered on the Court's docket on February 28, 2000, should be released;

DATE OF ENTRY
MAR 2 2001

The undersigned parties therefore move to dismiss their respective claims in the captioned matter, including any and all counterclaims, cross-claims and/or third party claims of any kind whatsoever, with prejudice and further move that the Bond under Rule F filed by Plaintiffs in Limitation Martha R. Ingram and Ingram Barge Company in Civil Action No. 00-564 "F"(1) and entered on the Court's docket on February 28, 2000, should be released.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ

BY: _____
CHRISTOPHER E. CAREY (#1751) TA
A. GORDON GRANT, JR. (# 6221)
3200 Energy Centre, 1100 Poydras Street
New Orleans, La. 70163-3200
Telephone: (504) 585-7909
Counsel for Tyson Foods, Inc.

**LEWIS, KULLMAN & STERBCOW**

BY: _____
Harvey J. Lewis, Esquire
Suite 2615, 601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 588-1500
Counsel for Plaintifff

**LISKOW & LEWIS**

BY: _____
Don K. Haycraft, Esquire
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Counsel for: Martha R. Ingram and
Ingram Barge Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD J. PRISTAS | * | CIVIL ACTION NO. |
| Plaintiff | | 00-0402 |
| vs. | * | |
| | | SECTION "F" |
| TYSON FOODS, INC., MARTHA R. INGRAM | * | |
| and INGRAM BARGE COMPANY | | MAG. DIV. 3 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL

Having reviewed the Joint Motion to Dismiss With Prejudice in the captioned matter;

IT IS HEREBY ORDERED THAT the captioned matter is hereby dismissed including any and all counterclaims, cross-claims and/or third party claims of any kind whatsoever, with prejudice;

IT IS FURTHER ORDERED THAT the Bond under Rule F filed by Plaintiffs in Limitation Martha R. Ingram and Ingram Barge Company in Civil Action No. 00-564 "F"(1) and entered on the Court's docket on February 28, 2000, is hereby released, a copy of this Order to be entered and filed in the record of that case.

_____
UNITED STATES DISTRICT JUDGE

9736\order.