FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 29  PM 4: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARTHA R. INGRAM AND INGRAM BARGE COMPANY, AS OWNER AND OWNER *PRO HAC VICE*, RESPECTIVELY, OF A CERTAIN BOSTON WHALER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION  00-402 c/w NO. 00-564  SECTION "F"  MAGISTRATE 1 |

### MOTION FOR DISBURSEMENT OF REGISTRY
### FUNDS PURSUANT TO LOCAL CIVIL RULE 67.3

NOW INTO COURT, through undersigned counsel, comes Martha R. Ingram and Ingram Barge Company ("Ingram"), to move this Court, pursuant to Local Civil Rule 67.3, for disbursement of registry funds. A bond in the amount of $250.00 was deposited into the Registry of the Court on behalf of Ingram on February 24, 2000, in connection with this matter. As instructed by the Clerk of Court, Ingram hereby requests that an order be issued authorizing and directing the Clerk of Court to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $250.00, payable to Liskow & Lewis, Tax ID #72-1134245, 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139-5099, and mail or deliver the check to Liskow & Lewis at 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139-5099.

477182_1

DATE OF ENTRY
SEP 1 1 2003

Fee_____
✓ Process____
X Dktd_____
__ CtRmDep__
__ Doc. No. 26

Respectfully Submitted,

_____
S. Gene Fendler (Bar #5510)
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979

ATTORNEYS FOR PETITIONERS MARTHA R. INGRAM AND INGRAM BARGE COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 29th day of August, 2003.

_____

477182_1

-2-

"Certification of Funds in the Registry"
PRINCIPAL: $ 250.00
Financial Deputy /s/ P. Picciotta  Date: 8/29/03

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF MARTHA R. INGRAM AND INGRAM BARGE COMPANY, AS OWNER AND OWNER *PRO HAC VICE*, RESPECTIVELY, OF A CERTAIN BOSTON WHALER, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * | CIVIL ACTION<br><br>NO. 00-564<br><br>SECTION "F"<br><br>MAGISTRATE 1 |

### ORDER

Considering the foregoing Motion for Disbursement of Registry Funds Pursuant to Local Civil Rule 67.3;

IT IS HEREBY ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $250.00, payable to Liskow & Lewis, Tax ID #72-1134245, 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139-5099, and mail or deliver the check to Liskow & Lewis at 701 Poydras Street, Suite 5000, New Orleans, Louisiana 70139-5099.

New Orleans, Louisiana, this 4th day of September, 2003.

_____
DISTRICT JUDGE

477182_1